# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

IN RE:

| | | |
|---|---|---|
| JEFFERY LYNN HINTON | ) | |
| DIANA LOUISE HINTON | ) | |
| | ) | CASE NO. 07-10580 (13) |
| | ) | |
| Debtor(s) | ) | |
| _____ | ) | |

## AMENDMENT TO SCHEDULE F

Comes the Debtors, Jeffery Lynn Hinton and Diana Louise Hinton, and states that through error and inadvertence, the debtor failed to list the following creditor and states the amount claimed is as follows:

| Creditor | | Claim |
|---|---|---|
| Dedra Kay Adler | Unsecured | $1,500.00 |
| 804 Milton Riley Road | | |
| Russellville, KY 42276 | | |
| ** Amount disputed by Debtors ** | | |

* * * * IF AMENDMENT LISTS YOU AS A CREDITOR, YOU HAVE 90 DAYS FROM THE DATE OF CERTIFICATION OF MAILING OF AMENDMENT WITHIN WHICH TO FILE A PROOF OF CLAIM. (ONLY IF CASE IS A CHAPTER 13 OR ASSET CHAPTER 7).

The undersigned certifies under penalties of perjury, that I have read the foregoing amendment, and certify that the statements therein contained are true and complete to the best of my knowledge, information, and belief.

Executed this 23rd day of June, 2009.

**/s/ Jeffery Lynn Hinton**
JEFFERY LYNN HINTON

**/s/ Diana Lynn Hinton**
DIANA LOUISE HINTON

        Respectfully submitted,

        **/s/John Corey Morgan**
        JOHN COREY MORGAN
        ATTORNEY FOR DEBTORS
        190 S. BLAKEY ST., STE. A
        P.O. BOX 927
        RUSSELLVILLE, KY  42276
        (270) 726-4566  FAX  726-4366

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

IN RE:

| | |
|---|---|
| JEFFERY LYNN HINTON ) | |
| DIANA LOUISE HINTON ) | |
| ) | CASE NO. 07-10580 (13) |
| ) | |
| Debtor(s) ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE AND
## NOTICE OF AMENDMENT TO SCHEDULE F

I hereby certify that a copy of the attached Amendment to Schedule F was this 23rd day of June, 2009 forwarded to:

Hon. William W. Lawrence             (by electronic mail)
200 South Seventh Street, Suite 310
Louisville, Kentucky  40202

Ms. Dedra Kay Adler
804 Milton Riley Road
Russellville, Kentucky  42276

along with a copy of the Order of Meeting of Creditors by depositing a copy of same in the United States mail, properly addressed and postage prepaid.

                                                **/s/John Corey Morgan**
                                                JOHN COREY MORGAN
                                                ATTORNEY FOR DEBTORS
                                                190 S. BLAKEY ST., STE. A
                                                P.O. BOX 927
                                                RUSSELLVILLE, KY  42276
                                                (270) 726-4566  FAX  726-4366